| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) MARTINEZ, JOSE E | 2. Cou or Organization DISTRICT COURT - S DIST OF FL | 3. Date of Report 4/29/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ● Nomination, ☐ Da e ○ Initial ◉ Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 301 NORTH MIAMI AVENUE THIRD FLOOR MIAMI, FL 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining ther to, it is, in my opinion, in complianc wi h applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, chec ing the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 P 1:57 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | SPANISH RADIO SERVICES, INC. |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | SPANISH RADIO SERVICES, INC. | OCT 11 - NOV 30, 2003 AND JUNE 16-23, 2004 TRAVEL, MEALS & LODGING FOR OUT-OF-TOWN FOOTBALL GAMES |
| 2. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARTINEZ, JOSE E | 4/29/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AMERICAN ELECTRIC POWER CO (COMMON STOCK HELD BY ▮) | A | Dividend | J | T | NONE | | | | |
| 2. DOMINION DIRECT (COMMON STOCK HELD BY ▮) | B | Dividend | K | T | NONE | | | | |
| 3. SOUTHERN COMPANY (COMMON STOCK OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 4. WESTAR ENERGY INC (COMMON STOCK OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 5. MCDONALDS CORPORATION (COMMON STOCK OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 6. DREYFUS DISCIPLINED STK (FUND OWNED BY ▮) | | None | | | SELL | 3/26 | K | A | |
| 7. MELLON MID CAP STK FD (OWNED BY ▮) | A | Dividend | J | T | NONE | | | | |
| 8. MELLON SMALL CAP STK FD (OWNED BY ▮) | | None | J | T | NONE | | | | |
| 9. NORTHEAST INV TR (OWNED BY ▮) | A | Interest | | | SELL | 3/26 | J | A | |
| 10. PRICE T. ROWE HIGH YIELD FD INC (OWNED BY ▮) | A | Dividend | | | SELL | 3/26 | J | A | |
| 11. MELLON CASH RESERVE (OWNED BY ▮) | A | Interest | J | T | NONE | | | | |
| 12. UNIVERSITY CREDIT UNION | B | Interest | L | T | NONE | | | | |
| 13. NORTHEAST INV TR (OWNED BY ▮) | A | Dividend | | | SELL | 3/26 | J | A | |
| 14. MELLON INTL FUND (OWNED BY ▮) (PARTIAL SALE) | A | Dividend | J | T | PARTIAL SELL | 7/6 | J | A | |
| 15. MELLON EMERGING MKTS FD (OWNED BY ▮ PARTIAL SALE) | A | Dividend | J | T | PARTIAL SELL | 9/21 | J | A | |
| 16. MELLON LG CAP (OWNED BY ▮) | A | Dividend | K | T | NONE | | | | |
| 17. MELLON INCOME STOCK (FUND OWNED BY ▮) | A | Dividend | K | T | NONE | | | | |
| 18. SPANISH RADIO SERVICES INC (PRIV HELD C/STK OWNED BY ▮) | B | Ord. Income | J | U | NONE | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. IRA #1 CASH RESERVE ACCOUNT III (OWNED BY ▒) | A | Interest | J | T | NONE | | | | |
| 20. IRA #1 MPAM SHT-TRM US GOVT (OWNED BY ▒) | A | Interest | J | T | NONE | | | | |
| 21. IRA #1 NORTHEAST INV TR (OWNED BY ▒) | | None | | | SELL | 7/04 | J | A | |
| 22. IRA #1 PRICE T ROWE HIGH YIELD FD INC (OWNED BY ▒) | | None | | | SELL | 7/04 | J | A | |
| 23. IRA #1 DREYFUS DISCIPLINED STOCK FD (OWNED BY ▒) | A | Dividend | | | SELL | 2/04 | J | A | |
| 24. IRA #1 MPAM MID CAP STK FD (OWNED BY ▒) | A | Dividend | J | T | NONE | | | | |
| 25. IRA #1 MPAM SMALL CAP STK FD (OWNED BY ▒) | A | Dividend | J | T | NONE | | | | |
| 26. IRA #2 CASH RESERVE ACCT III-FLORIDA | A | Interest | J | T | NONE | | | | |
| 27. IRA #2 MPAM SHT-TRM US GOVT | A | Interest | K | T | NONE | | | | |
| 28. IRA #2 NORTHEAST INV TR | A | Interest | | | SELL | 3/26 | J | A | |
| 29. IRA #2 PRICE T ROWE HIGH YIELD FD INC | A | Interest | | | SELL | 3/26 | J | A | |
| 30. IRA #2 DREYFUS DISCIPLINED STOCK FUND | A | Dividend | | | SELL | 3/26 | J | A | |
| 31. IRA #2 MPAM MID CAP STK FD | A | Dividend | J | T | NONE | | | | |
| 32. IRA #2 MPAM SMALL CAP STK FD | A | Dividend | J | T | NONE | | | | |
| 33. IRA #2 MELLON LARGE CAP STOCK FD | A | Dividend | K | T | NONE | | | | |
| 34. IRA #2 MELLON INTL FUND | A | Dividend | J | T | NONE | | | | |
| 35. IRA #2 MELLON EMERGING MARKETS FD | A | Dividend | J | T | NONE | | | | |
| 36. IRA #2 MELLON INTERMEDIATE BOND FD | A | Interest | J | T | NONE | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. IRA #1 MELLON LARGE CAP STOCK FUND (OWNED BY ███████ | A | Dividend | K | T | NONE | | | | |
| 38. IRA #1 MELLON INTL FUND (OWNED BY ███████ | A | Dividend | J | T | NONE | | | | |
| 39. IRA #1 MELLON EMERGING MARKETS FD (OWNED BY ███████ | A | Dividend | J | T | NONE | | | | |
| 40. IRA #1 MELLON INTERMEDIATE BOND FD (OWNED BY ███████ | A | Dividend | J | T | NONE | | | | |
| 41. ING DIRECT | B | Interest | L | T | BUY | 4/04 | L | | |
| 42. MELLON NATL ST MUNI (OWNED BY ███████ | A | Interest | K | T | BUY | 1/04 | K | | |
| 43. IRA #2 MELLON INCOME STK FD | A | Dividend | K | T | BUY | 3/04 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARTINEZ, JOSE E | 4/29/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date_ 10 May 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid black">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>

JOSE E. MARTINEZ
DISTRICT JUDGE

May 25, 2005

Judicial Conference of the United States
Committee on Financial Disclosure
Honorable Mary M. Lisi, Chair
One Columbus Circle, N.E.
Washington, D.C. 20544

*SELF INITIATED AMENDMENT*

*RECEIVED 2005 JUN -1 A II: 28 FINANCIAL DISCLOSURE OFFICE*

Re: Calendar Year 2004 Filing

Dear Judge Lisi:

I realized that I have not disclosed on my 2004 Financial Disclosure form that I am a member of the Board of Directors for the Federal Judges Association. I was reimbursed for my expenses in the amount of $275.20 for attending the Annual Board Meeting in Washington, D.C. for 2004. Is it necessary I submit a revised Financial Disclosure form with this information?

Please call me with any questions or comments. Thank you for your assistance.

Very truly yours,

Jose E. Martinez

Enclosures